# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Lindsay Puisis**, )
                   )   Case No. 1:08-cv-145
         Plaintiff, )
                   )   Hon. Gordon J. Quist
    v.             )
                   )
**Central Credit Services, Inc.,** )
a Florida corporation, )
                   )
         Defendant. )
_____)

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Lindsay Puisis, through her attorney of record, hereby files this Notice of Dismissal, with defendant having filed neither an appearance nor a responsive pleading.

This action is to be dismissed with prejudice.

Dated:  March 25, 2008

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503
(616) 776-1176
ConsumerLawyer@aol.com